UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6092 CR-HURLEY

18 U.S.C. 2113(a)
18 U.S.C. 2

UNITED STATES OF AMERICA )
)
)
vs. )
)
JOSE MARTIN PEREZ and )
JOSE EFFRAIN GONZALEZ, )
)
Defendants. )
_____/

MAGISTRATE JUDGE
VITUNAC

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 2, 2000, at Broward County, in the Southern District of Florida, the defendants,

**JOSE MARTIN PEREZ and
JOSE EFFRAIN GONZALEZ,**

did knowingly, by force, violence and intimidation, attempt to take from the person and presence of an employee of Regent Bank, United States Currency, belonging to and in the care, custody, control, management, and possession of Regent Bank, a bank whose deposits were then insured



by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA         CASE NO. _____

v.
Jose Martin Perez, and
Jose Effrain Gonzalez            **CERTIFICATE OF TRIAL ATTORNEY***

                                 **Superseding Case Information**:

**Court Division**: (Select One)

|   |   |   |   |
|---|---|---|---|
| ___ Miami | ___ Key West | New Defendant(s)  Yes ___  No ___ |
| _X_ FTL | ___ WPB ___ FTP | Number of New Defendants ___ |
|   |   | Total number of counts ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_       Petty       ___
   II   6 to 10 days    ___       Minor       ___
   III  11 to 20 days   ___       Misdem.     ___
   IV   21 to 60 days   ___       Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _2/02/2000_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                 _/s/ Thomas P. Lanigan_
                                 THOMAS P. LANIGAN
                                 ASSISTANT UNITED STATES ATTORNEY
                                 COURT No. A5500033

*Penalty Sheet(s) attached                                   REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __Jose Effrain Gonzalez__   Case No.: _____

Count #: 1

   18 U.S.C. § 2113(a), 18 U.S.C. § 2

   Bank Robbery

*Max. Penalty: **Twenty (20) Years' imprisonment and $250,000 fine.**
========================================================================
Count #:


*Max. Penalty:
========================================================================
Count #:



*Max. Penalty:
========================================================================
Count #:



*Max. Penalty:
========================================================================
Count #:



*Max. Penalty:
========================================================================
   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.
========================================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __Jose Martin Perez__   Case No.: _____

Count #: 1

18 U.S.C. § 2113(a), 18 U.S.C. § 2

**Bank Robbery**

*Max. Penalty: **Twenty (20) Years' imprisonment and $250,000 fine.**
==================================================================
Count #:


*Max. Penalty:
==================================================================
Count #:


*Max. Penalty:
==================================================================
Count #:


*Max. Penalty:
==================================================================
Count #:


*Max. Penalty:
==================================================================
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.
==================================================================