AO 442 (Rev. 5/93) Warrant for Arrest                                              AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE MARTIN PEREZ, and
JOSE EFFRAIN GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6092

CR-HURLEY

FILED by _____ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       JOSE EFFRAIN GONZALEZ
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title    18    United States Code, Section(s)    2113(a), 2

CLARENCE MADDOX
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

April 11, 2000    FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ Pretrial Detention        by    BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.