UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6092-CR-HURLEY

UNITED STATES OF AMERICA

v.

JOSE MARTIN PEREZ and
JOSE EFFRAIN GONZALEZ
        DEFENDANTS,

------------------------------/



## GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case file this response which is alphabetized and numbered to correspond to that original order and states as follows:

C. The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or United States v. Agurs, 427 U.S. 97 (1976) is as follows: Rosa Rosella Quiles, a government witness, although present at the scene, did not get charged with the bank robbery charged in this indictment. Additionally, see attached criminal history for Rosa Rosella Quiles.

D. The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959) is as follows: Rosa Rosella Quiles, agovernment witness, although present at the scene, did not get charged with the bank robbery charged in this indictment.



Additionally, see attached criminal history for Rosa Rosella Quiles.

                                  Respectfully Submitted,

                                  GUY A. LEWIS
                                UNITED STATES ATTORNEY

By: _____
                     Thomas P. Lanigan
                     ASSISTANT UNITED STATES ATTORNEY
                     Court ID A5500033
                     500 E. Broward Suite 700
                     Fort Lauderdale, Florida 33301
                     (954) 356-7255 #3590
                     (954) 356-7230

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 22 nd day of June, 2001 to: Robin Rosen Evans, Assistant Federal Public Defender, 400 Australian Ave South Suite 300 West Palm Beach, FL 33401.

                                _____
                                Thomas P. Lanigan
                                ASSISTANT UNITED STATES ATTORNEY

cc: S/A Ed Knapp, FBI

*Ed Knapp*

```
QH  FLFBIMM01              ROSA           ROSELLA           QUILES
                           WF19730407                       C
        .ATN/                        .CTL/
```

FCIC Message Ack Received.

```
FQI FLFBIMM01ROSA          ROSELLA        QUILES
        WF19730407
                           06C.ATN/                         .CTL/
```

FCIC Message Ack Received.

DATE:06/22/2001  TIME:15:30  MESSAGE NUMBER:00005

ATTENTION:                              CONTROL:

```
QH  FLFBIMM01              ROSA           ROSELLA           QUILES
                           WF19730407                       C
```

--NCIC--
QH MESSAGE HAS BEEN SENT TO NCIC.
--END--

DATE:06/22/2001  TIME:15:30  MESSAGE NUMBER:00006

ATTENTION:                              CONTROL:


--NCIC--
7L01FLA0005225822
FLFBIMM01
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/QUILES,ROSA ROSELLA SEX/F RAC/W DOB/19730407 PUR/C
NAME                       FBI NO.        INQUIRY DATE
QUILES,ROSA ROSELLA        714315NB0      2001/06/22

SEX RACE BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE       PHOTO
F   W    1973/04/07  502     105     GRN   BLK   ITALY             N

FINGERPRINT CLASS       PATTERN CLASS
                        WU RS RS RS UC WU RS LS LS UC
                           AU AU           AU AU AU
                           LS

ALIAS NAMES
QUILES,ROSA ROSELLA
```

```
TATTOOS          SOCIAL SECU..TY
PRCD NOSE        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
TAT ABDOM        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
                 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
```

IDENTIFICATION DATA UPDATED 2001/05/18

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  FLORIDA         - STATE ID/FL05154562

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

--END--


DATE:06/02/2001    TIME:15:30    MESSAGE NUMBER:000002:

FQI FLFBIMM01ROSA             ROSELLA              QUILES
         WF19730407
                                06C
--FLORIDA CCH RESPONSE--

QI.NAM/QUILES,ROSA ROSELLA.RAC/W.SEX/F.DOB/040773.LMT/06.PUR/C

| DLE/OBT  | TYPE | NAME               | SEX | RAC | DOB        | HGT | SCORE |
|----------|------|--------------------|-----|-----|------------|-----|-------|
| 05154562 | CH   | QUILES, ROSA ROSELLA | F  | W   | 04/07/1973 | 62  | 100   |
| 04896945 | CH   | QUILES, EVELYN     | F   | W   | 11/09/1973 | 66  | 66    |
| 03543571 | CH   | QUILES, YAZMIN     | F   | W   | 10/22/1973 | 62  | 65    |
| 04978568 | CH   | QUILES, MICHELE    | F   | W   | 04/06/1978 | 62  | 62    |
| 04697876 | CH   | COLLAZO, ROMUNA    | F   | W   | 04/14/1974 | 70  | 61    |
| 03789739 | CH   | KLOSE, ANGIE       | F   | W   | 04/15/1973 | 65  | 61    |

-- END --

--NCIC--
1L01FLS0005225872
FLFBIMM01

NO NCIC WANT NAM/QUILES,ROSA ROSELLA DOB/19730407 RAC/W SEX/F

--FCIC HIT RESPONSE--
FQI : NO RECORDS FOUND
--END--

FC  FLFBIMM0105154562                                CKNAPP

CIC Message Ack Received.

ATE:06/22/2001  TIME:15:32  MESSAGE NUMBER:00008

ATTENTION:                                    CONTROL:

C  FLFBIMM0105154562                          CKNAPP


--FLORIDA CCH RESPONSE--
ATN/KNAPP
C.DLE/05154562.PUR/C.ATN/KNAPP
        SID  NUMBER:  5154562   PURPOSE CODE:C          PAGE:   1
      BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
      A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
             -  FLORIDA   CRIMINAL   HISTORY  -
NAME                         STATE ID NO.   FBI NO.      DATE REQUESTED
QUILES, ROSA ROSELLA         FL-05154562   714315NB0     06/22/2001
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
     W     04/07/1973  5'02"   120     GRN   BLN   IT
--CONTINUED--

        SID  NUMBER:  5154562   PURPOSE CODE:C          PAGE:   2

FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.    SCR/MRK/TAT
                    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                                PRCD NOSE
N AFIS - 2
OCCUPATION               ADDRESS                  CITY/STATE
INSPECTOR                8470 NW 11 ST            PEMBROKE PI, FL
---------------------------------------------------------------------------
AKA                          DOB           SOC              SCR/MRK/TAT
---------------------------------------------------------------------------
                                           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      TAT ABDOM
                                           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
---------------------------------------------------------------------------
--CONTINUED--

        SID  NUMBER:  5154562   PURPOSE CODE:C          PAGE:   3

ARREST-   1    07/14/2000    OBTS NO.-1307033467
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                   (FL0130000)
    AGENCY CASE-0732152                  OFFENSE DATE-02/02/2000
    CHARGE 001-ROBBERY-
        SN ROBBERY ARMED ATTEMPT                           ,ATTEMPT
        STATUTE/ORDINANCE FL812-13  (2B  )  LEVEL-FELONY      ,2ND DEG
        DISP-
JUDICIAL-
  AGENCY-11TH CIRCUIT COURT - MIAMI                            (FL013025J)
    CHARGE 001 -COURT SEQ               COURT NO.-F00003747B
      SUPPLEMENTAL ARREST DATA-
            STATUS-                     LEVEL-FELONY           ,2ND DEG
    PROSC DATA-INITIATED BY ,ROBBERY-
--CONTINUED--

        SID  NUMBER:  5154562   PURPOSE CODE:C          PAGE:   4

                        ROBBERY ARMED ATT
            ATTEMPT                  ,
            STATUTE/ORDINANCE-          LEVEL-FELONY       ,2ND DEG
            DISP DATE-07/14/2000        DISP-N/A
    COURT DATA-SAME       ,ROBBERY-
                        ROBBERY ARMED ATT
            ATTEMPT                  ,
            STATUTE/ORDINANCE-          LEVEL-FELONY       ,2ND DEG
            DISP DATE-07/14/2000        DISP-GUILTY/CONVICTED

```
                ATTEMPT                ,
                STATUTE/ORDINANCE-                    LEVEL-FELONY       ,2ND DEG
                DISP DATE-07/14/2000                  DISP-GUILTY/CONVICTED
                COUNSEL-ASSIGNED    TRIAL-NONE        PLEA-GUILTY
                SENT DATE-07/14/2000
                                     ,F00003747B              363
                PROBATION-   3Y
--CONTINUED--

        SID  NUMBER:  5154562    PURPOSE CODE:C              PAGE:    5

        CRT PROVISIONS-SPLIT SENT - COMM CONTROL AFTER CONFINE
    SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

-----------------------------------------------------------------------
ARREST-    2    02/12/2001    OBTS NO.-0012977128
    ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE                    (FL0060000)
        AGENCY CASE-18199                              OFFENSE DATE-
        CHARGE 001-CRIM REG-
            ACC AFT THE FACT ARM ROBBERY
            DISP-NOT PROSECUTED RELEASED
-----------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
--CONTINUED--

        SID  NUMBER:  5154562    PURPOSE CODE:C              PAGE:    6

 THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A SINGLE-STATE OFFENDER RECORD.
END OF RECORD

--END--
```