UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY

UNITED STATES OF AMERICA

        Plaintiff,

v.

JOSE E. GONZALEZ,

        Defendant.
_____/



PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court that:

1.    The defendant, JOSE E. GONZALEZ, Department of Corrections Number T13413, is presently confined at the Madison Correctional Institute, Madison Florida; is scheduled for an Initial Appearance in West Palm Beach, Florida on Wednesday, February 20, 2002, at 9:00 a.m., and it is necessary for said defendant to be present and before this Court for said proceeding.





**WHEREFORE**, the petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said JOSE E. GONZALEZ and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said JOSE E. GONZALEZ into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500033
500 E. Broward Boulevard, Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954) 356-7255 x 3590
Fax (954) 356-7336

cc:   U.S. ATTORNEY (LANIGAN)