UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY

UNITED STATES OF AMERICA

            Plaintiff,

v.

JOSE E. GONZALEZ,

            Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL, and
       WARDEN, Madison Correctional Institute

     1.    It appearing from the petition of the United States of America that JOSE E. GONZALEZ, Department of Corrections Number T13413, a defendant in the above entitled case, is confined at the Madison Correctional Institute, Madison, Florida, and that said case is set for an Initial Appearance at the United States Federal Courthouse, 701 Clematis St., West Palm Beach, Florida on February 20, 2002, and that it is necessary for the said defendant to be present and before this Court for said proceeding;

     **NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said JOSE E. GONZALEZ, now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis St. West Palm Beach, Florida by or before 9:00 a.m., on February 20, 2002, for Initial Appearance on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged or sentenced; and



upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Madison Correctional Institute, Madison, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said JOSE E. GONZALEZ for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at West Palm Beach, Florida, this ⁴/ day of Feb, 2002.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (Lanigan)
      U.S. Marshal (5 certified copies)
      Chief Probation Officer