# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 02/21/2002  TIME: 9:30 AM

DEFT. JOSE E. GONZALEZ ✓ (J)  CASE NO. 00-6092-CR-HURLEY/VITUNAC

AUSA. Bruce Reinhart / THOMAS LANIGAN  ATTY. CJA - James Benjamin

AGENT. FBI  VIOL. 18:2113(a)

PROCEEDING INITIAL HEARING  BOND. PTD (REQUESTED BY GOV'T)

DISPOSITION

Deft present - sworn /st.
Indictment read to deft & advised of his Rights
Court questions deft, finds him Indigent
& appoints CJA Counsel - James Benjamin
Deft waives reading of the Indictment
& pleads not guilty

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested / signed & distributed

Status/Disc. set for 3-21-02 @ 9:30 AM before
Judge Vitunac
PTD set for 2-28-02 @ 9:30 AM before
Judge Vitunac

DATE: 2-21-02  TAPE: AV 02-18-2680
                     02-19-68