UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff,

v. Jose Effrain Gonzalez

    Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA _Bruce Reinhart_    Language _English_
Agent _FBI_    Tape No. _HEV 02-18-2680/02-19-68_

The above-named defendant having been arrested on _2-21-02_ having appeared before the court for initial appearance on _2-21-02_ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _CJA - James Benjamin_ appointed as permanent counsel of record.
   Address: _One Financial Plaza, Suite 1615, Ft. Laud, FL._
   Zip Code: _33394_ Telephone: _954-779-1700_
3. The defendant shall attempt to retain counsel and shall appear before the court at 9:30 A.M. on _____, 2001.
4. Arraignment/~~Preliminary/Removal/Identity~~ hearing is set for ~~9:30am~~ _HELD_, 2001.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _Court Ordered_
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 9:30am _2-28-_, ~~2001~~ _02_ Judge Vitunac
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   __a. Surrender all passports and travel document to the Pretrial Services Office.
   __b. Report to Pretrial Services as follows:___ times a week by phone, ___time a week in person; other: _____
   __c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.