UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6092-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE EFFRAIN GONZALEZ,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>FEBRUARY 21, 2002</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: <u>IN CUSTODY</u>

    Telephone no.: _____

**DEFENSE COUNSEL:**  Name: <u>JAMES BENJAMIN</u>

    Address: <u>ONE FINANCIAL PLAZA, SUITE 1615</u>

        <u>FT. LAUDERDALE, FLORIDA 33394</u>

    Telephone no.: <u>(954) 779-1700</u>

BOND/SET/CONTINUED: $ <u>TEMPORARY PRETRIAL DETENTION</u>

/////PTD hrg held: YES____ NO <u>X</u> /////PTD hrg set for <u>2-28-02</u>

Dated this <u>21</u> day of <u>FEBRUARY</u>, 2002.

    CLARENCE MADDOX, CLERK OF COURT

    By: _____
        Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service