# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 02/28/2002   TIME: 9:30 AM

DEFT. JOSE E. GONZALEZ ✓ (J)   CASE NO. 00-6092-CR-HURLEY/VITUNAC

AUSA. KAREN ATKINSON ✓ / THOMAS LANIGAN   ATTY. JAMES BENJAMIN (CJA)

AGENT. FBI   VIOL. 18:2113(a)

PROCEEDING DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION

Case to be Recalled - Attorney will be late

Reset to 3-1-02 @ 9:30 AM before Judge Vitunac.

DATE: 2-28-02   TAPE: AEV 02-20-2069