UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6092-Cr-Hurley/Vitunac



UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSE E. GONZALEZ,

       Defendant.

_____/

## PRETRIAL DETENTION ORDER

The defendant appeared before the Court represented by counsel James Benjamin. Defendant stipulates to pretrial detention in the instant case in which he is charged with one count of bank robbery on February 2, 2000, in Broward County. The defendant is currently serving a 20 year prison sentence in the Florida Department of Corrections for armed robbery. This order of detention is without prejudice for the defendant to move for a detention hearing if and when the possibility of bail becomes a reality.

IT IS HEREBY ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility and that he afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED in Chambers this _1_ day of March, 2002, at West Palm



Beach in the Southern District of Florida.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA - Karen Atkinson
James Benjamin, Esq.
U.S. Marshal
U.S. Pretrial Services
U.S. Probation