# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/01/2002   TIME: 9:30 AM

DEFT. JOSE E. GONZALEZ ✓(J)   CASE NO. 00-6092-CR-HURLEY/VITUNAC

AUSA. *Karen Atkinson* ✓ / THOMAS LANIGAN   ATTY. JAMES BENJAMIN (CJA)

AGENT. FBI   VIOL. 18:2113(a)

PROCEEDING DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION

Deft present with counsel and stipulate to detention & reserve the right to have one at a later date.

DATE: 3-1-02   TAPE: AV 02-30-1489