# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**    DATE: 03/21/2002    TIME: 9:30 AM

DEFT.  JOSE E. GONZALEZ   (J)    CASE NO. 00-6092-CR-HURLEY/VITUNAC
(DEFT. NOT REQUIRED) /s/ James Hopkins
AUSA.  THOMAS LANIGAN    ATTY.  JAMES BENJAMIN   (CJA)

AGENT.  FBI    VIOL.  18:2113(a)

PROCEEDING  STATUS/DISCOVERY CONF.    BOND.  PRETRIAL DETENTION

DISPOSITION  Status/Discovery held
Trial Set in May 2002.
Discovery Out
No Pending Motions
Possible Plea

DATE: 3-21-02    TAPE: AS02-23-3404

43