UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6092-CR-HURLEY

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JOSE E. GONZALEZ,**

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE CALENDAR CALL AND TRIAL DATE

    **COMES NOW,** the Defendant, **JOSE E. GONZALEZ,** by and through the undersigned counsel, CJA counsel James S. Benjamin, and requests that this Honorable Court grant this Unopposed Motion to Continue the Calendar Call and Trial Date of April 26, 2002 at 1:30 p.m. and therefore states as follows:

    1. That undersigned counsel has been set for calendar call on April 26, 2002 and Trial calendar of May 6, 2002.

    2. That undersigned counsel will be out of the Southern District on April 22, 2002 until April 28, 2002. Counsel has pre-paid reservations to fly to Deadman's Cay in the Bahamas for a fishing excursion.

    3. That undersigned counsel has spoken with Assistant United States Attorney Tom Lanigan who stated he has no objection and is unopposed to this continuance.

    **WHEREFORE,** the undersigned respectfully requests that this Honorable Court grant



this foregoing Unopposed Motion to Continue the Calendar Call and Trial Date in the near future.

_____
JAMES S. BENJAMIN, ESQ.
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded to Assistant U.S. Attorney, Tom Lanigan, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394 on this ____ day of April, 2002.

**Benjamin & Aaronson, P.A.**
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700

By:_____
James S. Benjamin, Esq.
Counsel for Defendant
FBN: 293245