IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

CASE NO: 00-0692-CR-HURLEY

Plaintiff,

vs.

**JOSE E. GONZALEZ,**

Defendant.
_____/

FILED by ___ D.C.
APR - 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS MATTER** having been reviewed upon this Unopposed Motion to Continue Calendar Call and Trial Date of April 26, 2002 and May 6, 2002 and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Motion is hereby _DENIED. However, defense counsel is excused from the calendar call._

**DONE AND ORDERED** in Chambers in Palm Beach County, Palm Beach, Florida this ___ day of _April_, 2002.

_____
DANIEL TK HURLEY
United States District Judge

cc: Tom Lanigan, AUSA
    James S. Benjamin, Esq.