# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by _____ D.C.
MAY - 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

=========================================

Case No. **00-6092-CR**          Date **May 7, 2002**

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: **English**          Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Jose Effrain Gonzalez**

AUSA: **Thomas Lanrigan**      DEFENSE COUNSEL: **James S. Benjamine**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to the indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for friday, July 19, 2002, at 10:30 a.m.**