AO 442 (Rev. 5/93) Warrant for Arrest          AUSA THOMAS P. LANIGAN  468592

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE MARTIN PEREZ, and
JOSE EFFRAIN GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6092-CR-HURLEY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSE EFFRAIN GONZALEZ
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title  18  United States Code, Section(s)  2113(a), 2

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT.
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                     April 11, 2000   FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                    Date and Location

Bail fixed at $ Pretrial Detention        by  BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  West Palm Beach, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/11/00 | Edward Stubbs, Acting US Marshal  S/D  FL | Anna Latour, ASDUSM |
| DATE OF ARREST 2/19/02 | | |

This form was electronically produced by Elite Federal Forms, Inc.