UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSE EFFRAIN GONZALEZ,
    Defendant.
_____/



FILED by _____ D.C.
JUL 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE RESETTING HEARING

**TAKE NOTICE** that, by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing in the above cited case has been reset from Friday, July 19, 2002, to **Friday, August 23, 2002, at 1:30 p.m.** before the Honorable Daniel T. K. Hurley at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DATED THIS** 19th day of July, 2002.

**copy furnished:**
AUSA Thomas Lanigan
James S. Benjamin, Esq.
United States Probation Office
United States Marshal Services

James E. Caldwell, Sr.
Courtroom Deputy

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts