UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CASE NO.: 00-6092-CR-DTKH

JOSE EFFRAIN GONZALEZ,

    Defendant.
_____/

### ORDER PROVIDING NOTICE OF COURT'S INTENTION TO CONSIDER UPWARD DEPARTURE

**THIS CAUSE** is before the court upon its own motion. In compliance with the dictates of *Burns v. United States*, 501 U.S. 129 (1991), the parties are notified that the court will consider whether an upward adjustment is warranted pursuant to § 4A1.3 of the United States Sentencing Guidelines on the ground that reliable information indicates that the defendant's criminal history category does not adequately reflect the seriousness of his past criminal conduct or the likelihood that he will commit other crimes.

    **DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of July, 2002.

                                Daniel T. K. Hurley
                                U. S. District Judge

Copies provided to:
    James Scott Benjamin, Esq.
    Thomas Lanigan, Esq.

