UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6092-CR-HURLEY

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**JOSE E. GONZALEZ,**

        Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

**COMES NOW,** the Defendant, **JOSE E. GONZALEZ,** by and through the undersigned counsel, CJA counsel James S. Benjamin, and moves this Honorable Court to reschedule the sentencing hearing that is set for August 23, 2002 and for grounds therefore states as follows:

1. That upon receiving the notice of sentencing date set by this Honorable Court on August 23, 2002 undersigned counsel discovered a conflict in his schedule that prompted this respectful request to reschedule this sentencing date.

2. Undersigned counsel is involved in protracted litigation of the City of Tampa adult entertainment ordinance which has been on-going for approximately two and a half years. Approximately fifty separate cases have been consolidated and the next in a series of hearings were set before the Honorable Nick Nazaretian for the entire day of August 23, 2002. There are approximately eight different attorneys representing the various defendants who are flying in from all parts of the United States to participate in this joint hearing on that day. Undersigned counsel respectfully submits that it was enormously problematic to coordinate such a diverse group of attorney's schedules with that court to schedule the continuation of these joint hearings



for that day. Undersigned counsel is personally involved in participating in these hearings.

3. Undersigned counsel has made arrangements to set aside the entire day, made travel and accommodation plans to participate in those hearings beginning at 9:00 a.m. in Tampa which are scheduled to run until after 5:00 p.m. that same day.

4. That undersigned counsel has spoken with Assistant United States Attorney Tom Lanigan who stated he has no objection and is unopposed to this continuance.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court grant this foregoing Unopposed Motion to Continue the Sentencing for a brief period of time.

JAMES S. BENJAMIN, ESQ.
CJA Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded to Assistant U.S. Attorney, Tom Lanigan, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394 on this 12 day of ~~July~~ August, 2002.

Benjamin & Aaronson, P.A.
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700

By: _____
James S. Benjamin, Esq.
CJA Counsel for Defendant
FBN: 293245