IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JOSE GONZALEZ,**

    Defendant.
_____/

CASE NO: 00-0692 CR-HURLEY

FILED by _____ D.C.

AUG 22 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS MATTER** having been reviewed before the Court upon the Unopposed Motion to Continue Sentencing Date of August 23, 2002 and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Sentencing Date is hereby **granted. This matter is reset to MONDAY, August 26, 2002, at 3:00 P.M.**

**DONE AND ORDERED** in Chambers of West Palm Beach, Florida this 21st day of August, 2002.

                                        _____
                                        HONORABLE DANIEL T.K. HURLEY

cc: Tom Lanigan, AUSA
    James S. Benjamin, Esq.

